IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KEVIN DICKINSON and TROY SHAW**,

    Plaintiffs,

v.                                                       **CIVIL NO. 06-0931 MCA/DJS**

**CANTEEN CORRECTIONAL SERVICES, INC.,**
*et al.*,

    Defendants.

## ORDER AND JUDGMENT

This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge regarding Defendants Correctional Medical Services, Inc. and William Shannon's Motion for Partial Summary Judgment (Docket No. 218), no objections to the proposed findings and recommended disposition having been filed, and the Court having made a determination of the Magistrate Judge's proposed findings and recommended disposition;

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants' Partial Motion for Summary Judgment as to Claims Asserted by Shaw (Docket No. 218) is granted and Plaintiff Shaw's claims against Defendants Correctional Medical Services, Inc. and William Shannon are dismissed with prejudice.

SO ORDERED this 30th day of September, 2009.

_____
**HON. M. CHRISTINA ARMIJO**
**UNITED STATES DISTRICT JUDGE**