## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**KEVIN DICKINSON and TROY SHAW**,

    **Plaintiffs,**

v.                                                                  **CIVIL NO. 06-0931 MCA/DJS**

**CANTEEN CORRECTIONAL SERVICES, INC.,
BOB CRAWFORD, GEORGE HEATH, HARRY
TIPTON, RON TORRES, FRANK VALDEZ, DOUG
ROBINSON, LARRY COOK, CORRECTIONAL
MEDICAL SERVICES, INC., and WILLIAM
SHANNON,**

    **Defendants.**

## ORDER

    **THIS MATTER** is before the Court *sua sponte*. Review of the record in this case reveals that orders and other documents mailed to Plaintiff Troy Shaw were returned to the Court as undeliverable on July 28, 2009 (Docket No. 251), August 13, 2009 (Docket No. 256), August 31, 2009 (Docket No. 258), September 11, 2009 (Docket No. 260), and September 14, 2009 (Docket No. 259). The last document filed by Plaintiff Shaw in this case was entered on the docket on April 14, 2009 (Docket No. 237). He failed to respond to proposed findings (Document No. 255) entered on August 13, 2009 which recommended dismissal of some claims brought by him.

    Plaintiff Shaw has a continuing duty to notify the Clerk of the Court in writing of any change in his mailing address. D.N.M.LR-Civ. 83.6. His failure to do so or to participate in the case

indicates a lack of diligence in prosecuting his claims.

**IT IS THEREFORE ORDERED** that Plaintiff Troy Shaw file a pleading showing cause why he should not be dismissed from this matter for failure to diligently pursue his claims.

_____
**DON J. SVET**
**UNITED STATES MAGISTRATE JUDGE**